UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WA BOTTING CO.,

    Plaintiff,

  v.

CHUGACH SUPPORT SERVS. INC., et al.,

    Defendant.

CASE NO. C05-1255C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The trial in this matter currently set for October 16, 2006 is hereby STRICKEN. The parties are ORDERED to appear for a Status Conference on October 24, 2006 at 9:00 a.m.

DATED this 4th day of October, 2006.

                BRUCE RIFKIN, Clerk of Court

                By  */s/ C. Ledesma*
                      Deputy Clerk

MINUTE ORDER – 1